UNITED STATES DISTRICT COURT **RECEIVED**
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

APR 2 2 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

Richard Prymer
1050 West St
Rockford Ill 61101

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08 C 50 0 69

Reinhard

vs.

Winnebago
County Justice
650 West St
Rockford Ill
61101

Case No: 6 CF 3839
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

**X**     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

    A.    Name: Richard Rymer

    B.    Date of Birth: 5/2/67

    C.    List all aliases: —

    D.    Prisoner identification number: 26309

    E.    Place of present confinement: Winnebago County

    F.    Address: 650 West St Rockford Ill 61101

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.    Defendant: Winnebago County

         Title: Correction Facility

         Place of Employment: _____

    B.    Defendant: _____

         Title: _____

         Place of Employment: _____

    C.    Defendant: _____

         Title: _____

         Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 5/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: Still pending 4/18/08

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was arrest on 10/5/06 on 11/17/08 I ask for a speedy trial, on February 5 this was the 120 day of confinement I put a motion to dismiss in in Judge Ronald White court room and he deny my motion. Stateing that the court could take me to trial on my 120 day, but the state wasn't ready to proceed to trial. My counsel tried and cocered me into taking a plea watch I later withdraw, and all she had to do is say lest go to trial and she didn't he grant to motion to withdraw one month later we went to trial I was convict of possession with the intet to deliver, during this trial I had numberous violation and erors.

Count 1  I was deny my write to a speedy trial within 180.

Count (2) I was deny right to situation trial within 120 days.

Count (3) Violated my rights to confront the witness against me

Count (4) Violated, due process of the law

Count (5) Deny me a fair trial under 14 amendment

Count (6) Equal protection of the law.

Count (7) Damages I suffed and lost my sub my car I've lost 4 family members due to incarceration, I've had rotor cup surgery before coming to jail can get the required medine, I've suffered foot problems, they wouldn't give my shoes, I've become overweight due to stress, can't function right etc.

Count (8) False arrest
False imprisoment
False conviction,
Malicous prosecution, & & violation of my constitutal rights.

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like This Case Dismissed, And compensated, For pain And suffering mentally + physically, wrongful accused, wrongful Imprisonment, Slander of my Name + character etc.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __4__ day of __18__, 20__08__

_Richard Prymer_
(Signature of plaintiff or plaintiffs)

__RICHARD PRYMER__
(Print name)

__26309__
(I.D. Number)

__Winnebago County Jail__
__650 West St Rockford, Il 61103__
(Address)

6

Revised 5/2007

