**FILED**

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

APR 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Richard Prymer
_____
Plaintiff

v.

Winnebago County
_____
Defendant(s)

08 C 50 0 69

CASE NUMBER   CF 3889   Reinhard

JUDGE   Ronald White

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Richard Prymer, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # 26309   Name of prison or jail: Winnebago County
   Do you receive any payment from the institution? ☐Yes  ☒No   Monthly amount: _____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: _____
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                  ☐Yes   ☒No
      Amount_____ Received by_____

b.  ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
Amount_____ Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
Amount_____ Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐ Yes    ☒ No
Amount_____ Received by_____

e.  ☐ Gifts or ☐ inheritances    ☐ Yes    ☒ No
Amount_____ Received by_____

f.  ☐ Any other sources (state source:_____)    ☐ Yes    ☒ No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐ Yes    ☒ No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐ Yes    ☒ No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes    ☒ No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐ Yes    ☒ No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
    Crystal Prymer   Kiara prymer   Rashad
    prymer   Farrah prymer

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 12/17/07

_Richard Prymer_
Signature of Applicant

_RICHARD PRYMER_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Prymer, Richard, I.D.# 26309, has the sum of $ .00 on account to his/her credit at (name of institution) Winnebago Co Jail. I further certify that the applicant has the following securities to his/her credit: NA. I further certify that during the past six months the applicant's average monthly deposit was $ 39.16. (Add all deposits from all sources and then divide by number of months).

12-31-07
DATE

_Capt. A. Retzlaff_
SIGNATURE OF AUTHORIZED OFFICER

_Capt. A. Retzlaff_
(Print name)

rev. 7/18/02

# WINNEBAGO COUNTY SHERIFF'S OFFICE - CORRECTIONS
## Trust Accounting: Inmate Account Statement

### December 31, 2007

**Begin Date:** 06/30/2007
**End Date:** 12/31/2007

**Offender:** PRYMER, RICHARD EARL
**ID:** 26309
**SID:** 26573040
**Housing:** WINNEBAGO COUNTY CORRECTIONS FACILITY, 3RD FLOOR, UNIT-3A, 3A33,
**FBI ID:** 212366EB9
**SSN:** 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

## 110 CASH

| TransDate | Transaction | Amount | Balance | Check No | Payee | Comments |
|---|---|---|---|---|---|---|
| 06/30/2007 | STARTING BALANCE | | 20.00 | | | |
| 07/05/2007 | OPENING BALANCE (COMMISSARY) DATACONV | 0.01 | 20.01 | | | OPENING BALANCE (COMMISSARY) DATACONV |
| 07/05/2007 | OPENING BALANCE (LIABILITY) DATACONV | 0.00 | 20.01 | | | OPENING BALANCE (LIABILITY) DATACONV |
| 07/09/2007 | COMMISSARY PURCHASE | (19.07) | 0.94 | | | |
| 07/25/2007 | COMMISSARY PURCHASE | (0.90) | 0.04 | | | |
| 08/04/2007 | RICHARD PRYMER | 20.00 | 20.04 | | MARGARET TYUS | Margaret Tyus |
| 08/07/2007 | RICHARD PRYMER | 25.00 | 45.04 | | NIA NETTERS | Nina Netters |
| 08/08/2007 | COMMISSARY PURCHASE | (26.98) | 18.06 | | | |
| 08/15/2007 | COMMISSARY PURCHASE | (17.98) | 0.08 | | | |
| 08/15/2007 | RICHARD PRYMER | 20.00 | 20.08 | | MARGARET TYRUS | Margaret Tyrus |
| 08/22/2007 | COMMISSARY PURCHASE | (17.88) | 2.20 | | | |
| 08/29/2007 | COMMISSARY PURCHASE | (2.00) | 0.20 | | | |
| 08/31/2007 | RICHARD PRYMER | 25.00 | 25.20 | | JOHNNY PRYMER | Johnny Pymer |
| 09/05/2007 | COMMISSARY PURCHASE | (22.80) | 2.40 | | | |
| 09/12/2007 | COMMISSARY PURCHASE | (2.25) | 0.15 | | | |
| 09/14/2007 | RICHARD PRYMER | 20.00 | 20.15 | | MARGARET TYUS | MARGARET TYUS |
| 09/19/2007 | COMMISSARY PURCHASE | (20.08) | 0.07 | | | |
| 09/24/2007 | RICHARD PRYMER | 20.00 | 20.07 | | NINA NETTER | Nina Netter |
| 10/03/2007 | COMMISSARY PURCHASE | (19.93) | 0.14 | | | |
| 10/17/2007 | COMMISSARY - INDIGENT | (0.14) | 0.00 | | | |
| 10/17/2007 | RICHARD PRYMER | 40.00 | 40.00 | | NIA NETTERS | Nina Netters |
| 10/19/2007 | COMMISSARY RETURN | 1.65 | 41.65 | | | COMMISSARY RETURN |
| 10/24/2007 | COMMISSARY PURCHASE | (15.38) | 26.27 | | | |
| 10/31/2007 | COMMISSARY PURCHASE | (24.50) | 1.77 | | | |
| 11/07/2007 | COMMISSARY PURCHASE | (1.75) | 0.02 | | | |
| 11/14/2007 | COMMISSARY - INDIGENT | (0.02) | 0.00 | | | |
| 11/15/2007 | RICHARD PRYMER | 20.00 | 20.00 | | MARGARET TRYUS | Margaret Tyrus |
| 11/20/2007 | COMMISSARY PURCHASE | (19.95) | 0.05 | | | |
| 11/28/2007 | COMMISSARY - INDIGENT | (0.05) | 0.00 | | | |
| 11/30/2007 | RICHARD PRYMER | 20.00 | 20.00 | | CHANDRA LEGREE | CHANDRA LEGREE |
| 12/05/2007 | COMMISSARY PURCHASE | (19.85) | 0.15 | | | |
| 12/05/2007 | RICHARD PRYMER | 25.00 | 25.15 | | NINA NETTERS | Nina Netters |
| 12/12/2007 | COMMISSARY PURCHASE | (25.00) | 0.15 | | | |
| 12/19/2007 | COMMISSARY - INDIGENT | (0.15) | 0.00 | | | |
| | Ending Balance | | 0.00 | | | |