IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| RICHARD PRYMER )<br>　　PLAINIFF )<br>)<br>　　　VS. )<br>)<br>WINNEBAGO COUNTY, a body politic )<br>And Corporate, )<br>RICHARD A. MEYERS, )<br>　　WINNEBAGO COUNTY'S )<br>　　SHERIFF'S DEPARTMENT )<br>PAUL A. LOGLI, State's Attorney for the )<br>　　County of Winnebago (former) )<br>Philip Nicolosi, State's Attorney for the )<br>　　County of Winnebago )<br>JOHN T. GIBBONS, Assistant )<br>　State's Attorney for the )<br>County of Winnebago )<br>JOHN DOE'S )<br>JANE DOE'S )<br>　Personally, individually, and severely) | Case No. 08-~~C5-3809~~ 5069<br><br>F I L E D<br><br>JUL 0 8 2008<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## NOTICE OF FILING

TO:　Richard A. Meyers
　　　Winnebago County Sheriff

　　　Philip Nicolosi
　　　State's Attorney
　　　400 West State Street
　　　Rockford, IL 61101

　　　John T. Gibbons
　　　Assistant State's Attorney
　　　400 West State Street
　　　Rockford, IL 61101

　　　Please take Notice that on the July 6, 2008, the undersigned filed PLAINTIFF'S FIRST AMENDED COMPLAINT, a true and correct copy of same attached hereto.

　　　　　　　　　　　　　　　　_/s/ Richard Prymer_
　　　　　　　　　　　　　　　　Richard Prymer