08-50069

Richard Krymer

v.s

Winnebago County

**FILED**

JUL 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

My new address is

1708 Loomis St.

Rockford Ill 61102

*Richard Krymer* (signature)