## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50069 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Prymer vs. Winnebago County, et al. | | |

**DOCKET ENTRY TEXT:**

Case set for status on In Forma Pauperis Application and for Appointment of Counsel on July 29, 2008 at 9:00 a.m. Plaintiff must appear, otherwise the case is subject to dismissal for want of prosecution.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|