# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50069 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Prymer vs. Winnebago County Justice et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to proceed in forma pauperis [7] is granted. Plaintiff's motion for appointment of counsel [8] is denied without prejudice. For the reasons stated in open court, counts 2 and 3 of plaintiff's amended complaint are dismissed. Due to dismissal of Counts 2 and 3, defendants Paul A. Logli, Philip Nicolosi, and John T. Gibbons are dismissed. Plaintiff may proceed in this court on count 1 of his amended complaint. This case is referred to Magistrate Mahoney for further pretrial proceedings.

*/s/ Philip G. Reinhard*

Notices mailed by Judicial staff.
*Copy to Magistrate Judge

00:12

| | Courtroom Deputy Initials: | JT |
|---|---|---|