# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50069 | **DATE** | August 29, 2008 |
| **CASE TITLE** | Richard Prymer (#26309) v. Winnebago County | | |

**DOCKET ENTRY TEXT:**

The clerk is directed to issue summonses for service of the Amended Complaint [13] on Richard Meyers, Sheriff of Winnebago County, and on Winnebago County. The Winnebago County Sheriff's Department is dismissed as a defendant.

■ [For further details see text below.]   Docketing to mail notices.

## STATEMENT

By order of July 29, 2008, the Court allowed plaintiff, Richard Prymer, formerly incarcerated at Winnebago County Jail, to proceed with count one of his Amended Complaint, which alleges that Sheriff Richard Meyers and Winnebago County Jail officers acted with deliberate indifference to plaintiff's serious medical need while he was at the Winnebago County Jail. Plaintiff's other claims were dismissed.

The clerk shall issue summonses of the Amended Complaint on Winnebago Sheriff Richard Meyers and Winnebago County, the only named defendants for count one. Summonses shall not issue for the unknown jail officers referred to as John Does until plaintiff has provided the court with their identities, which he may seek to learn by forwarding interrogatories (written questions) to counsel for Sheriff Meyers or Winnebago County, once an attorney has entered an appearance on their behalf.

The Winnebago Sheriff's Department is not a suable entity and is dismissed as a defendant. *See Chan v. Wodnicki*, 123 F.3d 1005, 1007 (7th Cir. 1997); *Gray v. City of Chicago*, 159 F. Supp.2d 1086, 1089 (N.D. Ill. 2001).

isk