## United States District Court for the Northern District of Illinois

Case Number: **08 C 50069**  Assigned/Issued By: _[signature]_

### FEE INFORMATION

**Amount Due:** ☐ $350.00 ☐ $39.00 ☐ $5.00
☐ IFP ☒ No Fee ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____  Receipt #: _____

Date Paid: _____  Fiscal Clerk: _____

### ISSUANCES

**Type Of Issuance:**
☒ Summons  ☐ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
(Type of Writ)

**FILED**
SEP 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2 Original and 2 copies on 9-2-08 as to defts
(Date)

C:\wpwin80\docket\feeinfo.frm  01/01